IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| JERMAINE HORATIO DUSSARD, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Case No. 4:15-cv-1218-VEH-TMP |
| ) | |
| SCOTT HASSELL, ) | |
| Sheriff of Etowah County, *et al.*; ) | |
| ) | |
| Respondent. ) | |

**MEMORANDUM OPINION**

The magistrate judge filed his report and recommendation on December 14, 2015, recommending dismissal of petitioner's 28 U.S.C. § 2241 petition for *habeas corpus* relief. (Doc. 10). No objections to the report and recommendation have been filed. The copy of the report and recommendation sent to the petitioner was returned as undeliverable. (Doc. 11). Having now carefully considered *de novo* all the materials in the court file, including the report and recommendation, the court is of the opinion that the magistrate judge's report is due to be ADOPTED and the recommendation ACCEPTED.

It is therefore ORDERED that the petition for *habeas corpus* relief filed pursuant to 28 U.S.C. § 2241 in the above-styled cause be and hereby is DENIED and DISMISSED as MOOT.

DONE the 29th day of December , 2015.

**VIRGINIA EMERSON HOPKINS**
United States District Judge

Case 4:15-cv-01218-VEH-TMP   Document 12   Filed 12/29/15   Page 2 of 2